UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN TRACY,

    Plaintiff,

v.

Case No. 19-cv-12264
Hon. Matthew F. Leitman

SHERIFF HOWARD HANFT,

    Defendant.
_____/

### ORDER TERMINATING MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 42, 43) WITHOUT PREJUDICE

On December 1, 2022, the Court held a hearing on the parties' cross-motions for summary judgment and took the motions under advisement. (*See* Motions, ECF Nos. 42, 43.) Following the hearing, the parties agreed to participate in a private facilitation in an effort to resolve this dispute. That facilitation will take place in late March 2023. As the Court explained to counsel for both parties during a December 20, 2022, status conference, because the parties have agreed to facilitate, the Court will **TERMINATE** the parties' pending cross-motions **WITHOUT PREJUDICE**.

If the case does not settle at the facilitation, the parties may file a notice reinstating the motions, and the Court will rule on the motions at that time.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 20, 2022

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 20, 2022, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126